# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2009

Marilyn Kelly,
Chief Justice

139771

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re XADRIAN VICTORIOUS TORRES, Minor.

_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

WILFREDO TORRES,
      Respondent-Appellant.

_____/

SC: 139771
COA: 290703
Ingham Circuit Court Family
Division: 08-001310-NA

      On order of the Court, the application for leave to appeal the September 8, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2009

Clerk

d1020